IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN THE MATTER OF:  CASE NO.: 20-20438-LMI
Enzo R. Aguilera  CHAPTER: 13

    Debtor,
_____/

EMERGENCY MOTION TO EXTEND THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362 c(3)(B)
*(The hearing on this motion is requested on an emergency basis to be heard within thirty (30) days of the petition date)*

    The Debtor, ENZO R. AGUILERA, (hereinafter referred to as "Debtor"), by and through the undersigned counsel moves this Honorable Court for entry of an order extending the Automatic Stay pursuant to 11 U.S.C. § 362 c(3)(B). As grounds for this request, the Debtor states as follows:

1. On September 25, 220, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code and has had one prior chapter 13 bankruptcy case dismissed within the prior year.

2. Debtor's prior case was dismissed without prejudice on May 26, 2020. The Debtor's previous case was dismissed for failure to file schedules. Due to COVID, the Debtor experienced an unexpected hardship in preparing required documents, as well as a loss in income, making plan payments difficult.

3. The filing of this motion is in good faith, and but for the unforeseen circumstances, would have proceeded with the first bankruptcy.

4. The Debtor would like the opportunity to save his homestead and has filed a Chapter 13 Plan that proposes a loan modification.

5. This motion is being filed now so that it can be heard within the initial 30 days of the filing of this matter. Should the Court grant this motion, an order will immediately be uploaded after the hearing to ensure the automatic stay stays in effect.

6. The Debtor requests that the automatic stay imposed by 11 U.C.S § 362 stay in effect as to all her creditors, for her individual, personal obligations.

7. The Debtor states that the filing of this case is in good faith as to all creditors for which the Debtor is seeking the continued protection of the automatic stay.

Wherefore, ENZO R. AGUILERA, requests from this court to grant an Emergency hearing on the present Motion pursuant to Local Rule 9075-1, grant the Motion to Extend Automatic Stay for such further relief as this Court deems appropriate.

DATED: September 28, 2020.

### CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the foregoing was served on October 5, 2020 upon all parties and counsel who are authorized to receive electronic Notices of Electronic Filing (as detailed below) in this case and all those on the attached matrix.

PraDa Law
1450 NW 87 Avenue, Suite 210
Doral, Fl. 33172
305-203-1059 (phone)
786-513-4627 (facsimile)
agarica@PraDa.law

/s/ Alexis Garcia
ALEXIS GARCIA, ESQ.
Florida Bar No.: 067269